**EXHIBIT A**

# SURPLUS LINES

| NAME | NAIC # | COMPANY TYPE | ORIGINAL LICENSE DATE | DOMICILE | ADDRESS | BUSINESS PHONE |
|---|---|---|---|---|---|---|
| ACE EUROPEAN GROUP LIMITED | | SURPLUS LINES - ALIEN | 9/2/2003 | UNITED KINGDOM | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 212-424-8619 |
| ADMIRAL INSURANCE COMPANY | 24856 | SURPLUS LINES - FOREIGN | 7/10/1974 | DE | P.O. BOX 5725 CHERRY HILL NJ 08034 | 866-429-9200 |
| ADRIATIC INSURANCE COMPANY | 39381 | SURPLUS LINES - FOREIGN | 6/28/1983 | ND | 3501 N. CAUSEWAY BLVE., STE. 1000 METAIRIE LA 70002 | 504-8388-8100 |
| AGF M.A.T. | | SURPLUS LINES - ALIEN | 1/1/1983 | FRANCE | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 212-422-1200 |
| AIX SPECIALTY INSURANCE COMPANY | 12833 | SURPLUS LINES - FOREIGN | 7/23/2007 | DE | 726 EXCHANGE STREET, STE 1020 BUFFALO NY 14210 | 716-857-2041 |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY AG | | SURPLUS LINES - ALIEN | 7/22/2003 | GERMANY | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 202-308-4411 |
| ALLIANZ UNDERWRITERS INSURANCE COMPANY | 36420 | SURPLUS LINES - FOREIGN | 5/2/1980 | CA | 225 W. WASHINGTON STREET CHICAGO IL 60606 | 818-260-7500 |
| ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. | 19489 | SURPLUS LINES - FOREIGN | 12/19/1994 | DE | 199 WATER STREET, 24TH FLOOR NEW YORK NY 10038 | 212-635-5327 |
| ALTERRA EXCESS & SURPLUS INSURANCE COMPANY | 33189 | SURPLUS LINES - FOREIGN | 2/5/1979 | DE | 9020 STONY POINT PARKWAY, STE. 325 RICHMOND VA 23235 | 804-287-6900 |
| AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY | 35351 | SURPLUS LINES - FOREIGN | 12/1/1977 | DE | 301 E. FOURTH STREET, GAT-25N CINCINNATI OH 45202 | 513-369-3000 |
| AMERICAN EQUITY INSURANCE COMPANY | 43117 | SURPLUS LINES - FOREIGN | 1/1/1991 | AZ | 1 TOWER SQUARE HARTFORD CT 06183 | 602-861-8500 |
| AMERICAN MODERN SELECT INSURANCE COMPANY | 38652 | SURPLUS LINES - FOREIGN | 5/19/1997 | OH | P.O. BOX 5323 CINCINNATI OH 45201 | 800-543-2644 |
| AMERICAN SOUTHERN INSURANCE COMPANY | 10235 | SURPLUS LINES - FOREIGN | 1/1/1977 | KS | P.O. BOX 723030 ATLANTA GA 31139 | 404-266-9599 |
| AMERICAN VEHICLE INSURANCE COMPANY | 10790 | SURPLUS LINES - FOREIGN | 8/7/2008 | FL | P.O. BOX 407193 FORT LAUDERDALE FL 33340 | 954-306-1391 |
| AMTRUST INTERNATIONAL UNDERWRITERS LIMITED | | SURPLUS LINES - ALIEN | 10/2/2009 | IRELAND | 5800 LOMBARDO CENTER CLEVELAND OH 44113 | 216-328-6216 |
| APPALACHIAN INSURANCE COMPANY | 10316 | SURPLUS LINES - FOREIGN | 2/6/1973 | RI | P.O. BOX 7500 JOHNSTON RI 02919 | 401-275-3000 |
| ARCH EXCESS & SURPLUS INSURANCE COMPANY | 10946 | SURPLUS LINES - FOREIGN | 4/9/2001 | NE | 300 PLAZA 3 JERSEY CITY NJ 07311 | 201-743-4000 |
| ARCH INSURANCE COMPANY EUROPE LIMITED | | SURPLUS LINES - ALIEN | 12/1/2006 | UNITED KINGDOM | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 207-621-4500 |
| ARCH SPECIALTY INSURANCE COMPANY | 21199 | SURPLUS LINES - FOREIGN | 7/15/2003 | NE | 300 PLAZA THREE JERSEY CITY NJ 07311 | 212-651-6500 |
| ARIEL REINSURANCE COMPANY LTD | | SURPLUS LINES - ALIEN | 2/23/2010 | BERMUDA | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8000 |
| ARROWOOD SURPLUS LINES INSURANCE COMPANY | 41807 | SURPLUS LINES - FOREIGN | 9/28/1983 | CT | 3600 ARCO CORPORATE DRIVE CHARLOTTE NC 28273 | 704-522-2000 |
| ASPEN INSURANCE U.K. LIMITED | | SURPLUS LINES - ALIEN | 1/27/2005 | UNITED KINGDOM | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 212-9122737 |
| ASPEN SPECIALTY INSURANCE COMPANY | 10717 | SURPLUS LINES - FOREIGN | 7/3/2001 | MA | 175 CAPITAL BOULEVARD ROCKY HILL CT 06067 | 617-532-7300 |
| ASSICURAZIONI GENERALI | | SURPLUS LINES - ALIEN | 1/1/1983 | ITALY | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 212-921-9100 |
| ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED | | SURPLUS LINES - ALIEN | 1/1/1983 | BERMUDA | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| ASSOCIATED INDUSTRIES INSURANCE COMPANY | 23140 | SURPLUS LINES-FOREIGN | 10/6/2011 | FL | P.O. BOX 812319 BOCA RATON FL 33481 | 561-962-9320 |
| ASSOCIATED INTERNATIONAL IC | 27189 | SURPLUS LINES - FOREIGN | 12/26/1972 | IL | 10 PARKWAY NORTH DEERFIELD IL 60015 | 818-595-0600 |
| ATLANTIC CASUALTY INSURANCE COMPANY | 42846 | SURPLUS LINES - FOREIGN | 5/3/1999 | NC | P.O. BOX 8010 GOLDSBORO NC 27534 | 919-759-3200 |
| AVIVA INTERNATIONAL INSURANCE LIMITED | | SURPLUS LINES - ALIEN | 1/1/1983 | UNITED KINGDOM | 125 W 55TH STREET NEW YORK NY 10019 | 212-318-3158 |
| AXA CORPORATE SOLUTIONS ASSURANCE | | SURPLUS LINES - ALIEN | 3/1/2002 | FRANCE | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10022 | 212-259-8011 |
| AXIS SPECIALTY EUROPE LIMITED | | SURPLUS LINES - ALIEN | 12/22/2005 | IRELAND | 11680 GREAT OAKS WAY, STE. 500 ALPHARETTA GA 30022 | 678-746-9477 |
| AXIS SURPLUS INSURANCE COMPANY | 26620 | SURPLUS LINES - FOREIGN | 9/29/2008 | IL | 11680 GREAT OAKS WAY, STE. 500 ALPHARETTA GA 30022 | 678-746-9400 |
| BERKLEY AVIATION INSURANCE COMPANY | 39462 | SURPLUS LINES - FOREIGN | 7/15/1985 | IA | 4820 LAKE BROOK DRIVE, STE. 100 GLEN ALLEN VA 23060 | 804-525-1360 |
| BERKLEY REGIONAL SPECIALTY INSURANCE COMPANY | 31295 | SURPLUS LINES - FOREIGN | 1/5/2006 | ME | ONE ACADIA COMMONS WESTBROOK ME 04092 | 480-444-5950 |
| BERKSHIRE HATHAWAY INTERNATIONAL INSURANCE LTD. | | SURPLUS LINES - ALIEN | 2/10/2006 | UNITED KINGDOM | 3024 HARNEY STREET OMAHA NE 68131 | 402-536-3000 |
| BRITISH AVIATION INSURANCE COMPANY LIMITED | | SURPLUS LINES - ALIEN | 1/1/1983 | UNITED KINGDOM | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 2129122737 |
| BURLINGTON INSURANCE COMPANY | 23620 | SURPLUS LINES - FOREIGN | 1/29/1992 | NC | 238 INTERNATIONAL ROAD BURLINGTON NC 27215 | 336-586-2500 |
| CANAL INDEMNITY COMPANY | 27790 | SURPLUS LINES - FOREIGN | 4/13/1981 | SC | P.O. BOX 7 GREENVILLE SC 29602 | 864-242-5365 |
| CAPITOL SPECIALTY INSURANCE CORPORATION | 10328 | SURPLUS LINES - FOREIGN | 8/22/1994 | WI | P.O. BOX 5900 MADISON WI 53705 | 608-829-4200 |
| CATLIN INSURANCE COMPANY UK LTD | | SURPLUS LINES - ALIEN | 8/29/2006 | UNITED KINGDOM | 600 CONGRESS AVENUE, STE. 3000 AUSTIN TX 78701 | 512-542-7000 |
| CATLIN SPECIALTY INSURANCE COMPANY | 15989 | SURPLUS LINES - FOREIGN | 4/15/1992 | DE | 4250 N DRINKWATER BLVD. SCOTTSDALE AZ 85251 | 480-755-6700 |

# SURPLUS LINES

| NAME | NAIC # | COMPANY TYPE | ORIGINAL LICENSE DATE | DOMICILE | ADDRESS | BUSINESS PHONE |
|---|---|---|---|---|---|---|
| CENTENNIAL CASUALTY COMPANY | 34568 | SURPLUS LINES - FOREIGN | 9/23/2004 | AL | 2200 WOODCREST PLACE, STE. 200 BIRMINGHAM AL 35209 | 205-877-4500 |
| CENTURY SURETY COMPANY | 36951 | SURPLUS LINES - FOREIGN | 1/2/1991 | OH | P.O. BOX 163340 COLUMBUS OH 43216 | 614-895-2000 |
| CHARTIS SELECT INSURANCE COMPANY | 10932 | SURPLUS LINES - FOREIGN | 1/23/2001 | DE | 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 | 212-770-7000 |
| CHARTIS SPECIALTY INSURANCE COMPANY | 26883 | SURPLUS LINES - FOREIGN | 7/10/1990 | AK | 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 | 201-309-1100 |
| CHUBB CUSTOM INSURANCE COMPANY | 38989 | SURPLUS LINES - FOREIGN | 1/1/1983 | DE | 15 MOUNTAIN VIEW ROAD WARREN NJ 07061 | 909-903-2000 |
| CINCINNATI SPECIALTY UNDERWRITERS INS. CO., THE | 13037 | SURPLUS LINES - FOREIGN | 4/15/2008 | DE | 1807 NORTH MARKET STREET WILMINGTON DE 19902 | 856-216-0220 |
| CLARENDON AMERICA INSURANCE COMPANY | 43095 | SURPLUS LINES - FOREIGN | 7/23/1993 | DE | 411 5TH AVENUE, FLOOR 5 NEW YORK NY 10016 | 212-790-9845 |
| COLONY INSURANCE COMPANY | 39993 | SURPLUS LINES - FOREIGN | 4/29/1985 | VA | P.O. BOX 469012 SAN ANTONIO TX 78246 | 800-577-6614 |
| COLUMBIA CASUALTY COMPANY | 31127 | SURPLUS LINES - FOREIGN | 11/30/1973 | IL | 333 SOUTH WABASH AVENUE CHICAGO IL 60604 | 312-822-5000 |
| COMMONWEALTH INSURANCE COMPANY | | SURPLUS LINES - ALIEN | 1/15/1981 | CANADA | P.O. BOX 34069 SEATTLE WA 98124 | 604-683-5511 |
| COMPANION SPECIALTY INSURANCE COMPANY | 13124 | SURPLUS LINES - FOREIGN | 10/7/2009 | SC | P.O. BOX 100165 COLUMBIA SC 29202 | 800-845-2724 |
| COVINGTON SPECIALTY INSURANCE COMPANY | 13027 | SURPLUS LINES - FOREIGN | 1/28/2008 | NH | 945 EAST PACES FERRY ROAD, #1800 ATLANTA GA 30326 | 404-260-3862 |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY | 44520 | SURPLUS LINES - FOREIGN | 8/31/2000 | AZ | 305 MADISON AVENUE MORRISTOWN NJ 07962 | 973-490-6900 |
| DARWIN SELECT INSURANCE COMPANY | 24319 | SURPLUS LINES - FOREIGN | 2/24/1999 | AR | 1690 NEW BRITAIN AVENUE, STE. 101 FARMINGTON CT 06032 | 860-284-1300 |
| DISCOVER SPECIALTY INSURANCE COMPANY | 10213 | SURPLUS LINES - FOREIGN | 2/9/2001 | IL | ONE TOWER SQUARE, P8068 HARTFORD CT 06183 | 860-954-7913 |
| EMPIRE FIRE AND MARINE INSURANCE COMPANY | 21326 | SURPLUS LINES - FOREIGN | 6/16/1997 | NE | 13810 FNB PARKWAY OMAHA NE 68154 | 402-963-5000 |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | 41718 | SURPLUS LINES - FOREIGN | 1/17/2006 | DE | 767 THIRD AVENUE, 5TH FLOOR NEW YORK NY 10017 | 617-725-6000 |
| ENDURANCE SPECIALTY INSURANCE LTD. | | SURPLUS LINES-ALIEN | 7/24/2011 | BERMUDA | WELLESLEY HOUSE, 90 PITTS BAY RD. PEMBROKE BM 99999 | 441-278-0475 |
| ESSEX INSURANCE COMPANY | 39020 | SURPLUS LINES - FOREIGN | 6/9/1981 | DE | 4521 HIGHWOODS PARKWAY GLEN ALLEN VA 23060 | 804-273-1400 |
| EVANSTON INSURANCE COMPANY | 35378 | SURPLUS LINES - FOREIGN | 7/10/1979 | IL | TEN PARKWAY NORTH DEERFIELD IL 60015 | 847-572-6000 |
| EVEREST INDEMNITY INSURANCE COMPANY | 10851 | SURPLUS LINES - FOREIGN | 9/20/2000 | DE | P.O. BOX 830 LIBERTY CORNER NJ 07938 | 908-604-3000 |
| EXECUTIVE RISK SPECIALTY INSURANCE COMPANY | 44792 | SURPLUS LINES - FOREIGN | 12/31/1993 | CT | 15 MOUNTAIN VIEW ROAD WARREN NJ 07061 | 908-903-2000 |
| ENERGY INSURANCE MUTUAL LIMITED | | SURPLUS LINES - ALIEN | 12/20/1990 | BARBADOS | 300 BAYPORT DRIVE TAMPA FL 33607 | 813-287-2117 |
| FIREMAN'S FUND INSURANCE COMPANY OF OHIO | 39640 | SURPLUS LINES - FOREIGN | 5/17/1988 | OH | 312 WALNUT STREET, STE. 1100 CINCINNATI OH 45202 | 513-762-5700 |
| FIRST MERCURY INSURANCE COMPANY | 10657 | SURPLUS LINES - FOREIGN | 8/11/2004 | IL | 26600 TELEGRAPH ROAD SOUTHFIELD MI 48033 | 248-358-4010 |
| FIRST SPECIALTY INSURANCE CORPORATION | 34916 | SURPLUS LINES - FOREIGN | 5/18/1994 | MO | P.O. BOX 2991 OVERLAND PARK KS 66202 | 913-676-5200 |
| GARD MARINE & ENERGY LIMITED | | SURPLUS LINES - ALIEN | 2/16/2005 | BERMUDA | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 212-756-0255 |
| GEMINI INSURANCE COMPANY | 10833 | SURPLUS LINES - FOREIGN | 6/28/2001 | DE | 475 STEAMBOAT ROAD, 1ST FLOOR GREENWICH CT 06830 | 203-542-3800 |
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | 20559 | SURPLUS LINES - FOREIGN | 11/21/1995 | AZ | ONE SEAPORT PLAZA, 199 WATER ST. NEW YORK NY 10038 | 212-480-1900 |
| GENERAL STAR INDEMNITY COMPANY | 37362 | SURPLUS LINES - FOREIGN | 5/9/1980 | CT | 120 LONG RIDGE ROAD STAMFORD CT 06902 | 203-328-5000 |
| GENESIS INDEMNITY INSURANCE COMPANY | 34991 | SURPLUS LINES - FOREIGN | 12/13/1994 | ND | 120 LONG RIDGE ROAD STAMFORD CT 06902 | 203-328-5000 |
| GEOVERA SPECIALTY INSURANCE COMPANY | 10182 | SURPLUS LINES - FOREIGN | 3/10/1998 | CA | 4820 BUSINESS CENTER DR., STE. 200 FAIRFIELD CA 94534 | 707-563-3681 |
| GLENCOE INSURANCE LTD. | | SURPLUS LINES - ALIEN | 9/26/2002 | BERMUDA | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| GOTHAM INSURANCE COMPANY | 25569 | SURPLUS LINES - FOREIGN | 4/16/1987 | NY | 59 MAIDEN LANE, STE. 2700 NEW YORK NY 10036 | 212-551-0600 |
| GREAT AMERICAN E & S INSURANCE COMPANY | 37532 | SURPLUS LINES - FOREIGN | 8/25/1981 | DE | 301 E. FOURTH STREET CINCINNATI OH 45202 | 800-972-3008 |
| GREAT AMERICAN FIDELITY INSURANCE COMPANY | 41858 | SURPLUS LINES - FOREIGN | 6/1/1984 | DE | 301 E. FOURTH STREET CINCINNATI OH 45202 | 800-972-3008 |
| GREAT LAKES REINSURANCE (U.K.)PLC | | SURPLUS LINES - ALIEN | 11/13/1989 | UNITED KINGDOM | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| GUILFORD INSURANCE COMPANY | 10956 | SURPLUS LINES - FOREIGN | 8/27/2007 | IL | 238 INTERNATIONAL ROAD BURLINGTON NC 27215 | 336-586-2855 |
| GULF UNDERWRITERS INSURANCE COMPANY | 42811 | SURPLUS LINES - FOREIGN | 3/25/1993 | CT | ONE TOWER SQUARE HARTFORD CT 06183 | 972-650-2800 |
| HEDDINGTON INSURANCE (UK) LIMITED | | SURPLUS LINES - ALIEN | 1/1/1983 | UNITED KINGDOM | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| HERMITAGE INSURANCE COMPANY | 18376 | SURPLUS LINES - FOREIGN | 2/24/2011 | NY | 120 BROADWAY, 31ST FLOOR NEW YORK NY 10271 | 212-655-2000 |

# SURPLUS LINES

| NAME | NAIC # | COMPANY TYPE | ORIGINAL LICENSE DATE | DOMICILE | ADDRESS | BUSINESS PHONE |
|---|---|---|---|---|---|---|
| HISCOX SPECIALTY INSURANCE COMPANY | 13578 | SURPLUS LINES - FOREIGN | 5/5/2009 | IL | 233 NORTH MICHIGAN AVE., #1840 CHICAGO IL 60601 | 312-380-5555 |
| HOMELAND INSURANCE COMPANY OF NEW YORK | 34452 | SURPLUS LINES - FOREIGN | 12/3/2002 | NY | 1 BEACON LANE CANTON MA 02021 | 617-725-6000 |
| HOUSTON CASUALTY COMPANY | 42374 | SURPLUS LINES - FOREIGN | 2/27/1986 | TX | 13403 NORTHWEST FREEWAY HOUSTON TX 77040 | 713-462-1000 |
| HOUSTON SPECIALTY INSURANCE COMPANY | 12936 | SURPLUS LINES - FOREIGN | 11/27/2007 | TX | 800 GESSNER, STE. 600 HOUSTON TX 77024 | 713-935-4857 |
| HUDSON SPECIALTY INSURANCE COMPANY | 37079 | SURPLUS LINES - FOREIGN | 7/11/2000 | NY | 100 WILLIAM STREET, 5TH FLOOR NEW YORK NY 10038 | 212-978-2800 |
| ILLINOIS EMCASCO INSURANCE COMPANY | 32808 | SURPLUS LINES - FOREIGN | 3/24/1981 | IA | 717 MULBERRY STREET DES MOINES IA 50303 | 515-280-2511 |
| ILLINOIS UNION INSURANCE COMPANY | 27960 | SURPLUS LINES - FOREIGN | 8/23/1979 | IL | 436 WALNUT STREET, WA07C PHILADELPHIA PA 19106 | 800-352-4462 |
| INDIAN HARBOR INSURANCE COMPANY | 36940 | SURPLUS LINES - FOREIGN | 7/11/2000 | ND | 70 SEAVIEW AVENUE STAMFORD CT 06902 | 203-964-5200 |
| INFRASSURE LTD. | | SURPLUS LINES - ALIEN | 9/22/2008 | SWITZERLAND | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-7275 |
| INTERNATIONAL INSURANCE COMPANY OF HANNOVER, LIMITED | | SURPLUS LINES - ALIEN | 11/15/1991 | UNITED KINGDOM | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| INTERSTATE FIRE & CASUALTY COMPANY | 22829 | SURPLUS LINES - FOREIGN | 8/23/1972 | IL | 777 SAN MARIN DR, DEPT. A09 NOVATO CA 94998 | 312-346-6400 |
| IRONSHORE INSURANCE LTD. | | SURPLUS LINES - ALIEN | 1/15/2008 | BERMUDA | 12 CHURCH STREET, 608 HM 19 HAMILTON BM 99999 | 856-216-0220 |
| IRONSHORE SPECIALTY INSURANCE COMPANY | 25445 | SURPLUS LINES - FOREIGN | 2/9/1987 | AZ | 75 FEDERAL STREET, 5TH FLOOR BOSTON ME 02110 | 617-391-5680 |
| JAMES RIVER INSURANCE COMPANY | 12203 | SURPLUS LINES - FOREIGN | 9/1/1988 | OH | P.O. BOX 27648 RICHMOND VA 23261 | 804-289-2700 |
| KINSALE INSURANCE COMPANY | 38920 | SURPLUS LINES - FOREIGN | 7/5/2000 | AR | 1888 CENTURY PARK E, STE. 800 LOS ANGELES CA 90067 | 908-298-8370 |
| LANCASHIRE INSURANCE COMPANY LIMITED | | SURPLUS LINES-ALIEN | 9/28/2007 | BERMUDA | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| LANCASHIRE INSURANCE COMPANY (UK) LIMITED | | SURPLUS LINES - ALIEN | 9/28/2007 | UNITED KINGDOM | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| LANDMARK AMERICAN INSURANCE COMPANY | 33138 | SURPLUS LINES-DOMESTIC | 9/28/2007 | OK | 945 E. PACES FERRY ROAD NE ATLANTA GA 30326 | 404-231-2356 |
| LANDMARK INSURANCE COMPANY | 35637 | SURPLUS LINES - FOREIGN | 9/23/2010 | MA | 100 SUMMER STREET BOSTON MA 02110 | 617-330-1100 |
| LANTANA INSURANCE LTD | | SURPLUS LINES - ALIEN | 5/23/1986 | BERMUDA | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| LEXINGTON INSURANCE COMPANY | 19437 | SURPLUS LINES - FOREIGN | 4/7/2003 | DE | 100 SUMMER STREET BOSTON MA 02110 | 617-330-1100 |
| LIBERTY MUTUAL INSURANCE EUROPE LIMITED | | SURPLUS LINES - ALIEN | 1/1/1977 | UNITED KINGDOM | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 212-912-2737 |
| LIBERTY SURPLUS INSURANCE CORPORATION | 10725 | SURPLUS LINES - FOREIGN | 11/16/1994 | NH | 175 BERKELEY STREET BOSTON MA 02116 | 617-357-9500 |
| LONDON & EDINBURGH INSURANCE COMPANY | | SURPLUS LINES - ALIEN | 6/11/2001 | UNITED KINGDOM | 150 EAST 42ND STREET NEW YORK NY 10017 | 212-490-3000 |
| MAIDEN SPECIALTY INSURANCE COMPANY | 37745 | SURPLUS LINES - FOREIGN | 12/31/1993 | NC | 6000 MIDATLANTIC DRIVE MOUNT LAUREL NJ 08054 | 336-770-2000 |
| MAPFRE GLOBAL RISK, COMPANIA INTERNACIONAL DE SEGUROS Y REASEGUROS, S.A. | | SURPLUS LINES - ALIEN | 1/26/2010 | SPAIN | 575 MADISON AVENUE NEW YORK NY 10022 | 212-940-5758 |
| MARINE INSURANCE COMPANY LIMITED | | SURPLUS LINES - ALIEN | 1/26/2010 | UNITED KINGDOM | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 212-921-9080 |
| MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED | | SURPLUS LINES - ALIEN | 1/18/1995 | UNITED KINGDOM | 10 PARKWAY NORTH DEERFIELD IL 60015 | 847-572-6000 |
| MAXUM INDEMNITY COMPANY | 26743 | SURPLUS LINES - FOREIGN | 8/10/1976 | DE | 3655 NORTH POINT PARKWAY, #500 ALPHARETTA GA 30005 | 678-597-4500 |
| MID-CONTINENT EXCESS AND SURPLUS INSURANCE COMPANY | 13794 | SURPLUS LINES - FOREIGN | 10/13/2010 | DE | P.O. BOX 1409 TULSA OK 74101 | 918-587-7221 |
| MITSUI SUMITOMO INSURANCE COMPANY (EUROPE) LIMITED | | SURPLUS LINES - ALIEN | 9/27/2007 | UNITED KINGDOM | 560 LEXINGTON AVE., FLOOR 20 NEW YORK NY 10022 | 212-912-2737 |
| MMIC INSURANCE, INC. | 16942 | SURPLUS LINES - FOREIGN | 5/12/2009 | MN | 7650 EDINBOROUGH WAY, #400 MINNEAPOLIS MN 55435 | 952-838-6781 |
| MONTPELIER U.S. INSURANCE COMPANY | 36838 | SURPLUS LINES - DOMESTIC | 10/2/2009 | OK | 6263 N. SCOTTSDALE ROAD, STE. 300 SCOTTSDALE AZ 85250 | 408-306-8300 |
| MOUNT VERNON FIRE INSURANCE COMPANY | 26522 | SURPLUS LINES - FOREIGN | 1/3/1974 | PA | 1190 DEVON PARK DRIVE WAYNE PA 19087 | 610-688-2535 |
| MT. HAWLEY INSURANCE COMPANY | 37974 | SURPLUS LINES - FOREIGN | 11/17/1981 | DE | 9025 N. LINDBERGH DRIVE PEORIA IL 61615 | 309-692-1000 |
| NATIONAL FIRE & MARINE INSURANCE COMPANY | 20079 | SURPLUS LINES - FOREIGN | 1/1/1977 | NE | 3024 HARNEY STREET OMAHA NE 68131 | 402-536-3000 |
| NAUTILUS INSURANCE COMPANY | 17370 | SURPLUS LINES - FOREIGN | 3/3/1986 | AZ | 7233 EAST BUTHERUS DRIVE SCOTTSDALE AZ 85260 | 480-951-0905 |
| NAVIGATORS SPECIALTY INSURANCE COMPANY | 36056 | SURPLUS LINES - FOREIGN | 4/9/2007 | NY | 6 INTERNATIONAL DRIVE RYE BROOK NY 10573 | 914-934-8999 |
| NOETIC SPECIALTY INSURANCE COMPANY | 17400 | SURPLUS LINES - FOREIGN | 6/7/1994 | VT | 14280 PARK MEADOW DRIVE, #20151 CHANTILLY VA 20151 | 703-652-1300 |
| NORTH AMERICAN CAPACITY INSURANCE COMPANY | 25038 | SURPLUS LINES - FOREIGN | 6/30/1986 | NH | 650 ELM STREET, 6TH FLOOR MANCHESTER NH 03101 | 603-644-6600 |

# SURPLUS LINES

| NAME | NAIC # | COMPANY TYPE | ORIGINAL LICENSE DATE | DOMICILE | ADDRESS | BUSINESS PHONE |
|---|---|---|---|---|---|---|
| NORTH LIGHT SPECIALTY INSURANCE COMPANY | 13167 | SURPLUS LINES - FOREIGN | 5/6/2010 | IL | 3075 SANDERS ROAD, STE. H1A NORTHBROOK IL 60062 | 847-402-5000 |
| NORTHFIELD INSURANCE COMPANY | 27987 | SURPLUS LINES - FOREIGN | 1/1/1977 | IA | 1 TOWER SQUARE HARTFORD CT 06183 | 651-310-4100 |
| NUTMEG INSURANCE COMPANY | 39608 | SURPLUS LINES - FOREIGN | 6/3/1981 | CT | 1 HARTFORD PLAZA HARTFORD CT 06115 | 860-547-5000 |
| OCEAN MARINE INSURANCE COMPANY LIMITED, THE | | SURPLUS LINES - ALIEN | 1/1/1983 | UNITED KINGDOM | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| OLD REPUBLIC UNION INSURANCE COMPANY | 31143 | SURPLUS LINES - FOREIGN | 7/19/1982 | AL | 307 NORTH MICHIGAN AVENUE CHICAGO IL 60601 | 312-346-8100 |
| OMEGA US INSURANCE, INC. | 12961 | SURPLUS LINES - FOREIGN | 3/24/2008 | DE | 1450 E. AMERICAN LANE, #1775 SCHAUMBURG IL 60173 | 212-424-8011 |
| PACIFIC INSURANCE COMPANY, LIMITED | 10046 | SURPLUS LINES - FOREIGN | 6/29/1982 | HI | 1 HARTFORD PLAZA HARTFORD CT 06155 | 860-547-5000 |
| PENN-AMERICA INSURANCE COMPANY | 32859 | SURPLUS LINES - FOREIGN | 12/26/1979 | PA | 3 BALA PLAZE E, STE. 300 BALA CYNWYD PA 19004 | 610-660-6862 |
| PHILADELPHIA INSURANCE COMPANY | 23850 | SURPLUS LINES - FOREIGN | 2/16/1990 | PA | ONE BALA PLAZA, STE. 100 BALA CYNWYD PA 19004 | 610-617-7900 |
| PRIME INSURANCE COMPANY | 12588 | SURPLUS LINES - FOREIGN | 7/15/2008 | IL | 303 WEST MADISON, STE. 2075 CHICAGO IL 12588 | 801-304-5561 |
| PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY, THE | 10786 | SURPLUS LINES - FOREIGN | 5/5/2003 | DE | 555 COLLEGE ROAD EAST PRINCETON NJ 08543 | 609-243-4200 |
| PROASSURANCE SPECIALTY INSURANCE COMPANY, INC. | 10179 | SURPLUS LINES - FOREIGN | 5/21/2004 | AL | 100 BROOKWOOD PLACE BIRMINGHAM AL 35209 | 205-445-2600 |
| PROFESSIONAL SECURITY INSURANCE COMPANY | 11811 | SURPLUS LINES - FOREIGN | 2/24/2010 | GA | P.O. BOX 52979 ATLANTA GA 30355 | 404-842-5600 |
| PROFESSIONAL UNDERWRITERS LIABILITY INSURANCE COMPANY | 34487 | SURPLUS LINES - FOREIGN | 1/17/1991 | UT | 185 GREENWOOD ROAD NAPA CA 94558 | 707-226-0100 |
| PROTECTIVE SPECIALTY INSURANCE COMPANY | 13149 | SURPLUS LINES - FOREIGN | 6/30/2008 | IN | 1099 NORTH MERIDIAN STREET INDIANAPOLIS IN 46204 | 317-636-9800 |
| QBE INSURANCE (EUROPE) LIMITED | | SURPLUS LINES - ALIEN | 12/27/1994 | UNITED KINGDOM | 750 LEXINGTON AVENUE NEW YORK NY 10022 | |
| QBE SPECIALTY INSURANCE COMPANY | 11515 | SURPLUS LINES-FOREIGN | 9/17/2003 | ND | 314 THAYER AVENUE BISMARK ND 58501 | 212-422-9888 |
| QUANTA SPECIALTY LINES INSURANCE COMPANY | 11446 | SURPLUS LINES-FOREIGN | 8/10/2004 | IN | 48 WALL STREET, 14TH FLOOR NEW YORK NY 10005 | 212-373-1800 |
| REPUBLIC-VANGUARD INSURANCE COMPANY | 40479 | SURPLUS LINES-FOREIGN | 3/2/2005 | AZ | P.O. BOX 809076 DALLAS TX 75380 | 972-788-6000 |
| ROCKHILL INSURANCE COMPANY | 28053 | SURPLUS LINES-FOREIGN | 3/26/1986 | AZ | 700 W. 47TH STREET, STE. 350 KANSAS CITY MO 64112 | 203-223-5000 |
| SAFECO SURPLUS LINES INSURANCE COMPANY | 11100 | SURPLUS LINES-FOREIGN | 1/1/1987 | NH | 175 BERKELEY STREET BOSTON MA 02116 | 617-357-9500 |
| SAVERS PROPERTY AND CASUALTY INSURANCE COMPANY | 16551 | SURPLUS LINES-FOREIGN | 10/24/1986 | MO | 11880 COLLEGE BLVD., STE. 500 OVERLAND PARK KS 66210 | 913-339-5000 |
| SCOTTSDALE INSURANCE COMPANY | 41297 | SURPLUS LINES-FOREIGN | 3/25/1983 | DE | ONE W. NATIONWIDE BLVD, DSPF-76 COLUMBUS OH 43215 | 480-365-4000 |
| SENECA SPECIALTY INSURANCE COMPANY | 10729 | SURPLUS LINES-FOREIGN | 5/18/2004 | AZ | 160 WATER STREET NEW YORK NY 10038 | 212-344-3000 |
| SIRIUS INTERNATIONAL INSURANCE CORPORATION | | SURPLUS LINES-ALIEN | 4/1/2000 | SWEDEN | 750 LEXINGTON AVENUE NEW YORK NY 10022 | 212-308-4411 |
| SPARTA SPECIALTY INSURANCE COMPANY | 13815 | SURPLUS LINES-FOREIGN | 10/15/2010 | CT | CITY PLACE II, ASYLUM STREET HARTFORD CT 06103 | 860-275-6500 |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | 30481 | SURPLUS LINES-FOREIGN | 11/26/1974 | DE | ONE TOWER SQUARE HARTFORD CT 06183 | 651-310-7911 |
| STARR SURPLUS LINES INSURANCE COMPANY | 13604 | SURPLUS LINES-FOREIGN | 6/25/2009 | IL | 399 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 | 646-227-6342 |
| STEADFAST INSURANCE COMPANY | 26387 | SURPLUS LINES-FOREIGN | 10/28/1991 | DE | 1400 AMERICAN LN., TOWER 1, 19TH FLR SCHAUMBURG IL 60196 | 847-605-6000 |
| SWISS RE INTERNATIONAL SE | | SURPLUS LINES-ALIEN | 1/1/1983 | LUXEMBOURG | 5200 METCALF OVERLAND PARK KS 66201 | 913-676-5696 |
| SWISS RE SPECIALTY INSURANCE (UK) LIMITED | | SURPLUS LINES-ALIEN | 1/1/1983 | UNITED KINGDOM | 125 W. 55TH AVENUE NEW YORK NY 10019 | 212-424-8011 |
| TOKIO MARINE EUROPE INSURANCE LIMITED | | SURPLUS LINES-ALIEN | 3/24/2008 | UNITED KINGDOM | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| TORUS INSURANCE (UK) UNLIMITED | | SURPLUS LINES-ALIEN | 1/6/2009 | UNITED KINGDOM | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| TORUS SPECIALTY INSURANCE COMPANY | 44776 | SURPLUS LINES-FOREIGN | 8/9/2004 | DE | CENTER PLAZA 5, STE. 2900 JERSEY CITY NJ 07311 | 860-513-4180 |
| TRAVELERS EXCESS AND SURPLUS LINES COMPANY | 29696 | SURPLUS LINES-FOREIGN | 3/10/1998 | CT | ONE TOWER SQUARE HARTFORD CT 06183 | 860-277-0111 |
| TT CLUB MUTUAL INSURANCE LIMITED | | SURPLUS LINES-ALIEN | 2/16/2005 | UNITED KINGDOM | 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | 212-259-8011 |
| TUDOR INSURANCE COMPANY | 37982 | SURPLUS LINES-FOREIGN | 9/25/1980 | NH | 400 PARSONS POND DR., STE. 1 FANKLIN LAKES NJ 07417 | 201-847-8600 |
| UNDERWRITERS AT LLOYDS, LONDON | | SURPLUS LINES-ALIEN | 6/30/1973 | UNITED KINGDOM | 25 W 53RD STREET, 14TH FLOOR NEW YORK NY 10019 | 212-382-4060 |
| UNITED NATIONAL INSURANCE COMPANY | 13064 | SURPLUS LINES-FOREIGN | 12/23/1991 | PA | THREE BALA PLAZA E, STE. 300 BALA CYNWYD PA 19004 | 610-664-1500 |
| UNITED NATIONAL INSURANCE COMPANY, INC | 13064 | SURPLUS LINES-FOREIGN | 12/23/1991 | PA | THREE BALA PLAZA E, STE. 300 BALA CYNWYD PA 19004 | 610-664-1500 |

# SURPLUS LINES

| NAME | NAIC # | COMPANY TYPE | ORIGINAL LICENSE DATE | DOMICILE | ADDRESS | BUSINESS PHONE |
|---|---|---|---|---|---|---|
| UNITED SPECIALTY INSURANCE COMPANY | 12537 | SURPLUS LINES-FOREIGN | 2/13/2007 | DE | 1900 L. DON DODSON DRIVE BEDFORD TX 76124 | 817-265-2000 |
| USF INSURANCE COMPANY | 17159 | SURPLUS LINES-FOREIGN | 9/11/2000 | MI | 30833 NORTHWEST HIGHWAY, STE. 220 FARMINGTON HILL MI 48334 | 248-538-4530 |
| VALIANT SPECIALTY INSURANCE COMPANY | 13551 | SURPLUS LINES-FOREIGN | 5/28/2009 | DE | 250 COMMERCIAL STREET, STE. 5000 MANCHESTER NH 03101 | 603-656-2344 |
| VOYAGER INDEMNITY INSURANCE COMPANY | 40428 | SURPLUS LINES-FOREIGN | 2/5/1991 | GA | 260 INTERSTATE NORTH CIRCLE, NW ATLANTA GA 30339 | 770-763-1000 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY | 10172 | SURPLUS LINES - FOREIGN | 3/17/1994 | GA | 436 WALNUT STREET, WA04R PHILADELPHIA PA 19106 | 800-352-4462 |
| WESTERN HERITAGE INSURANCE COMPANY | 37150 | SURPLUS LINES - FOREIGN | 6/8/1988 | AZ | ONE WEST NATIONWIDE BLVD, DSPF-76 COLUMBUS OH 43215 | 480-951-0703 |
| WESTERN WORLD INSURANCE COMPANY | 13196 | SURPLUS LINES - FOREIGN | 8/23/1972 | NJ | 400 PARSONS POND DR., STE. 1 FRANKLIN LAKES NJ 07417 | 201-847-8600 |
| WILSHIRE INSURANCE COMPANY | 13234 | SURPLUS LINES - FOREIGN | 1/2/1980 | NC | 702 OBERLIN ROAD RALEIGH NC 27605 | 919-833-1600 |
| WIND RIVER INSURANCE COMPANY | | SURPLUS LINES - ALIEN | 1/28/2005 | BERMUDA | 125 W 55TH STREET NEW YORK NY 10019 | 212-424-8619 |
| XAVIER INSURANCE COMPANY | 10516 | SURPLUS LINES - FOREIGN | 5/29/1992 | VT | 76 ST. PAUL STREET, STE. 500 BURLINGTON VT 05401 | 802-862-4400 |